UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| BIRK'S GASTHAUS, LLC, et al. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:08CV1668 CDP |
| | ) | |
| PEOPLE'S SAVINGS BANK OF | ) | |
| RHINELAND | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

For the reasons stated on the record during the October 30, 2008 hearing,

**IT IS HEREBY ORDERED** that the motion for temporary restraining

order and preliminary injunction is denied.

_____

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 30th day of October, 2008.